PER CURIAM.
Affirmed. Zalla v. State, 61 So.2d 649 (Fla.1952); Whitman v. State, 97 Fla. 988, 122 So. 567 (1920); State v. Saad, 429 So.2d 757 (Fla. 3d DCA 1983); Jones v. State, 415 So.2d 852 (Fla. 5th DCA 1982), rev. denied, 424 So.2d 761 (Fla.1982); State v. Fields, 390 So.2d 128, 129 (Fla. 4th DCA 1980); Trushin v. State, 384 So.2d 668, 676, 678 (Fla. 3d DCA 1980), aff’d, 425 *417 So.2d 1126 (Fla.1982); State v. Newton, 328 So.2d 110 (La.1976).